**Kimberly K. KIPPING, Appellant,**

v.

**Lawrence J. KIPPING, Jr., Respondent.**

### No. WD 49370.

Missouri Court of Appeals,
Western District.

Aug. 30, 1994.

Kimberly K. Kipping, pro se.

Jack R. Grate, Jr., Independence, for respondent.

Before ELLIS, P.J., and BERREY and SMART, JJ.

### *ORDER*

PER CURIAM:

Appeal from trial court's order denying petitioner's motion to set aside a modification order.

The judgment is affirmed. Rule 84.16(b).